IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEE FRANK BANIEL, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:18-CV-561-LSC-CSC |
| | )         (WO) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On May 13, 2021, the Magistrate Judge entered a Recommendation that Petitioner Lee Frank Baniel's 28 U.S.C. § 2255 motion be denied and that this case be dismissed with prejudice. (Doc. 28.) Baniel has filed Objections. (Doc. 29.) Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation and Baniel's Objections, it is ORDERED as follows:

1. Baniel's Objections (Doc. 29) are OVERRULED.

2. The Magistrate Judge's Recommendation (Doc. 28) is ADOPTED.

3. Baniel's 28 U.S.C. § 2255 motion (Doc. 1) is DENIED and this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

**DONE** and **ORDERED** on June 11, 2021.

_____
L. Scott Coogler
United States District Judge

160704